IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

VICTOR B. PERKINS,
        Petitioner,
   v.                                **Judgment in a Civil Case**
RISK ASSESSMENT PANEL,
        Respondent.              Case Number: 5:22-HC-2205-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for an initial review under 28 U.S.C. § 2243.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on December 20, 2022, with service on:
Victor B. Perkins  #08783-039    (via U.S. Mail)
Rochester - F.M.C.
P.O. Box 4000
Rochester, MN 55903


December 20, 2022                                  Peter A. Moore, Jr.
                                                  Clerk of Court

                                          By: /s/ Stephanie Mann
                                                  Deputy Clerk